**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  10-cv-01422-REB

MARCELLOUS ANDER ROEBUCK,

      Applicant,

v.

ANGEL MEDINA, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

**MINUTE ORDER**[1]

      The following matters are before the court for consideration: (1) **Petitioner's Motion To Clarify The Record** [#21] filed October 31, 2010; and (2) petitioner's **Motion Requesting Status of Supplementation of Record by Respondents as Ordered by This Court** [#29] filed June 2, 2011. I deny both motions.

      In his motion to clarify the record [#21], the applicant requests the status of claim 1(j).  There is no claim 1(j), as the claims are not numbered in any way in the Application and the order of partial dismissal [#13] sets forth only claims 1(a) through 1(I).  The motion is denied.

      With respect to petitioner's motion [#29] requesting status of supplementation of the record by respondents, the state court record filed with the court is complete and there is no indication that any supplementaion is needed.  This motion is denied as moot.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That **Petitioner's Motion To Clarify The Record** [#21] filed October 31, 2010, is **DENIED**; and

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

      2. That petitioner's **Motion Requesting Status of Supplementation of Record by Respondents as Ordered by This Court** [#29] filed June 2, 2011, is **DENIED** as moot.

      Dated:  June 24, 2011